Case 3:22-bk-30978 Doc 18 Filed 09/07/22 Entered 09/07/22 10:40:22 Desc
Page 1 of 8 Page No: 1

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No.: | 22-30978 | Trustee Name: | Patricia J. Friesinger |
| Case Name: | DISTRIBUTION AND TRANSPORTATION SERVICE, INC. | Date Filed (f) or Converted (c): | 07/19/2022 (f) |
| For the Period Ending: | 9/7/2022 | §341(a) Meeting Date: | 08/22/2022 |
| | | Claims Bar Date: | 11/23/2022 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Office Furniture (Acquired 10/28/11) $0.00 Replacement | $2,779.00 | Unknown | | $0.00 | Unknown |
| 2 | Office Furniture (Acquired 3/22/12) $0.00 Replacement | $4,041.00 | Unknown | | $0.00 | Unknown |
| 3 | Office Furniture (Acquired 12/20/12) $0.00 Replacement | $1,320.00 | Unknown | | $0.00 | Unknown |
| 4 | Furniture (Acquired 9/08/14) $0.00 Replacement | $778.00 | Unknown | | $0.00 | Unknown |
| 5 | Modular Office (Acquired 12/15/14) $0.00 Replacement | $13,250.00 | Unknown | | $0.00 | Unknown |
| 6 | Office Furniture Work Cubicles (Acquired 10/21/16) $0.00 Replacement | $40,719.95 | Unknown | | $0.00 | Unknown |
| 7 | Office equipment, including all computer equipment and communication systems equipment and software PC Miller V25 Computer (Acquired 2/07/12) $0.00 Replacement | $10,416.00 | Unknown | | $0.00 | Unknown |
| 8 | Computer Equipment (Acquired 4/29/15) $0.00 Replacement | $4,131.00 | Unknown | | $0.00 | Unknown |
| 9 | UTC System (Acquired 5/06/15) $0.00 Replacement | $1,000.00 | Unknown | | $0.00 | Unknown |
| 10 | Computer Equipment (Acquired 7/06/15) $0.00 Replacement | $3,987.00 | Unknown | | $0.00 | Unknown |
| 11 | Computer Equipment L/V (Acquired 10/30/15) $0.00 Replacement | $5,000.00 | Unknown | | $0.00 | Unknown |
| 12 | Computer Equipment (Acquired 10/30/15) $0.00 Replacement | $4,456.00 | Unknown | | $0.00 | Unknown |
| 13 | Computer Equipment (Acquired 12/01/15) $0.00 Replacement | $3,879.00 | Unknown | | $0.00 | Unknown |
| 14 | Computer Equipment (Acquired 12/31/15) $0.00 Replacement | $3,807.00 | Unknown | | $0.00 | Unknown |

**FORM 1**
Page No: 2

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 22-30978 | Trustee Name: | Patricia J. Friesinger |
|---|---|---|---|
| Case Name: | DISTRIBUTION AND TRANSPORTATION SERVICE, INC. | Date Filed (f) or Converted (c): | 07/19/2022 (f) |
| For the Period Ending: | 9/7/2022 | §341(a) Meeting Date: | 08/22/2022 |
| | | Claims Bar Date: | 11/23/2022 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 15 | Office PC (Acquired 5/06/16) $0.00 Replacement | $1,600.98 | Unknown | | $0.00 | Unknown |
| 16 | Office PC (Acquired 9/06/16) $0.00 Replacement | $499.00 | Unknown | | $0.00 | Unknown |
| 17 | Carbonite PC Backup (Acquired 5/06/17) $0.00 Replacement | $1,799.87 | Unknown | | $0.00 | Unknown |
| 18 | HPE Proliant ML350 Gen10 Tower Server (Acquired 5/31/18) $0.00 Replacement | $23,873.06 | Unknown | | $0.00 | Unknown |
| 19 | Carbonite Battery Backup (Acquired 5/06/18) $0.00 Replacement | $2,030.00 | Unknown | | $0.00 | Unknown |
| 20 | HP Elite 840 65 14" Notebook/Laptop (Acquired 2/14/19) $0.00 Replacement | $2,768.00 | Unknown | | $0.00 | Unknown |
| 21 | HP EliteBook 840 GS LP, wh 24" Monitor (Acquired 3/25/19) $0.00 Replacement | $3,036.48 | Unknown | | $0.00 | Unknown |
| 22 | HP EliteBook 840 GS LP, wh 24" Monitor (Acquired 3/25/19) $0.00 Replacement | $3,036.48 | Unknown | | $0.00 | Unknown |
| 23 | HP EliteBook 840 GS LP, wh 24" Monitor (Acquired 3/25/19) $0.00 Replacement | $3,036.48 | Unknown | | $0.00 | Unknown |
| 24 | HP EliteBook 840 GS LP, No Monitor (Acquired 3/25/19) $0.00 Replacement | $2,874.76 | Unknown | | $0.00 | Unknown |
| 25 | QB Enterprise 2019 License (Acquired 7/06/20) $0.00 Replacement | $5,264.45 | $0.00 | | $0.00 | FA |
| 26 | Cameras for Warehouse (Acquired 1/24/13) $0.00 Replacement | $5,582.00 | Unknown | | $0.00 | Unknown |
| 27 | Unit# 0792 2011 Volvo TT/Day Cab VIN: 4V4MC9EG4BN530792 Location: DTS Ohio $0.00 Liquidation | $15,000.00 | Unknown | | $0.00 | Unknown |
| 28 | Unit# 1942 2009 Volvo TT/Day Cab VIN: 4V4MC9EG69N491942 Location: DTS Ohio $0.00 Liquidation | $12,000.00 | Unknown | | $0.00 | Unknown |

Case 3:22-bk-30978   Doc 18   Filed 09/07/22   Entered 09/07/22 10:40:22   Desc
Page 3 of 8

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 3

| Case No.: | 22-30978 | Trustee Name: | Patricia J. Friesinger |
|---|---|---|---|
| Case Name: | DISTRIBUTION AND TRANSPORTATION SERVICE, INC. | Date Filed (f) or Converted (c): | 07/19/2022 (f) |
| For the Period Ending: | 9/7/2022 | §341(a) Meeting Date: | 08/22/2022 |
| | | Claims Bar Date: | 11/23/2022 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 29 | Unit# 4385 2011 Ford Econoline VIN: 1FTSS3EL7BDA44385 Location: Michigan City, IN Storage Unit $0.00 Liquidation | $7,000.00 | Unknown | | $0.00 | Unknown |
| 30 | Unit# 5611 2011 Ford Econoline VIN: 1FTSS3EL0BDA35611 Location: DTS OH $0.00 Liquidation | $7,000.00 | Unknown | | $0.00 | Unknown |
| 31 | Unit# 8100 2011 Ford Econoline VIN: 1FTSS3EL6BDA28100 Location: DTS KY $0.00 Liquidation | $7,000.00 | Unknown | | $0.00 | Unknown |
| 32 | Unit# 5040 2015 Ford Transit VIN: 1FTWS4XV8FKA75040 Location: DTS OH $0.00 Liquidation | $25,000.00 | Unknown | | $0.00 | Unknown |
| 33 | Unit# 0288 2005 Ottowa Yard Truck VIN: 310388 Location: DTS KY $0.00 Liquidation | $20,000.00 | Unknown | | $0.00 | Unknown |
| 34 | Unit# 1007 2015 Ford Fusion VIN: 3FA6P0D9XFR181007 Location: DENISE? $0.00 Liquidation | $35,000.00 | Unknown | | $0.00 | Unknown |
| 35 | Unit# 6981 2008 GDAN Dry Trailer VIN: 1GRAA96218B706981 Location: DTS KY $0.00 Liquidation | $3,500.00 | Unknown | | $0.00 | Unknown |
| 36 | Unit# 6996 2008 GDAN Dry Trailer VIN: 1GRAA96238B706996 Location: Service Company $0.00 Liquidation | $3,500.00 | Unknown | | $0.00 | Unknown |
| 37 | Unit# 805 2006 Utility Dry Trailer VIN: 1UYVS25366G002805 Location: DTS KY $0.00 Liquidation | $5,000.00 | Unknown | | $0.00 | Unknown |
| 38 | Unit# 801 2006 Utility Dry Trailer VIN: 1UYVS25396G002801 Location: DTS KY $0.00 Liquidation | $5,000.00 | Unknown | | $0.00 | Unknown |
| 39 | Unit# 803 2006 Utility Dry Trailer VIN: 1UYVS25326G002803 Location: DTS KY $0.00 Liquidation | $5,000.00 | Unknown | | $0.00 | Unknown |

Case 3:22-bk-30978    Doc 18    Filed 09/07/22    Entered 09/07/22 10:40:22    Desc
Page 4 of 8

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page No: 4

| Case No.: | 22-30978 | | Trustee Name: | Patricia J. Friesinger |
| Case Name: | DISTRIBUTION AND TRANSPORTATION SERVICE, INC. | | Date Filed (f) or Converted (c): | 07/19/2022 (f) |
| For the Period Ending: | 9/7/2022 | | §341(a) Meeting Date: | 08/22/2022 |
| | | | Claims Bar Date: | 11/23/2022 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 40 | Unit# 804 2006 Utility Dry Trailer VIN: 1UYVS25346G002804 Location: DTS OH $0.00 Liquidation | $5,000.00 | Unknown | | $0.00 | Unknown |
| 41 | Unit# 806 2006 Utility Dry Trailer VIN: 1UYVS25386G002806 Location: HOBART, IN $0.00 Liquidation | $5,000.00 | Unknown | | $0.00 | Unknown |
| 42 | Unit# 9301 2011 Utility Reefer Trailer VIN: 1UYVS2530BM069301 Location: HOBART, IN $0.00 Liquidation | $20,000.00 | Unknown | | $0.00 | Unknown |
| 43 | Unit# 9302 2011 Utility Reefer Trailer VIN: 1UYVS2532BM069302 Location: HOBART, IN $0.00 Liquidation | $20,000.00 | Unknown | | $0.00 | Unknown |
| 44 | Unit# 9303 2011 Utility Reefer Trailer VIN: 1UYVS2534BM069303 Location: DTS OH $0.00 Liquidation | $20,000.00 | Unknown | | $0.00 | Unknown |
| 45 | Unit# 9304 2011 Utility Reefer Trailer VIN: 1UYVS2536BM069304 Location: HOBART, IN $0.00 Liquidation | $20,000.00 | Unknown | | $0.00 | Unknown |
| 46 | Unit# 101 2009 Utility Reefer Trailer VIN: 1UYV52536AM836101 Location: DTS OH $0.00 Liquidation | $20,000.00 | Unknown | | $0.00 | Unknown |
| 47 | Unit# 102 2009 Utility Reefer Trailer VIN: 1UYV52536XAM836102 Location: HOBART, IN $0.00 Liquidation | $20,000.00 | Unknown | | $0.00 | Unknown |
| 48 | Unit# 103 2009 Utility Reefer Trailer VIN: 1UYV5253XAM836103 Location: DTS OH $0.00 Liquidation | $20,000.00 | Unknown | | $0.00 | Unknown |
| 49 | Unit# 104 2009 Utility Reefer Trailer VIN: 1UYV5253XAM836104 Location: DTS OH $0.00 Liquidation | $20,000.00 | Unknown | | $0.00 | Unknown |
| 50 | 1993 - Fork Lift (Acquired 7/08/93) $0.00 Replacement | $33,838.00 | Unknown | | $0.00 | Unknown |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 22-30978 | Trustee Name: | Patricia J. Friesinger |
|---|---|---|---|
| Case Name: | DISTRIBUTION AND TRANSPORTATION SERVICE, INC. | Date Filed (f) or Converted (c): | 07/19/2022 (f) |
| For the Period Ending: | 9/7/2022 | §341(a) Meeting Date: | 08/22/2022 |
| | | Claims Bar Date: | 11/23/2022 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 51 | Racking (Acquired 10/23/02) $0.00 Replacement | $51,553.00 | Unknown | | $0.00 | Unknown |
| 52 | Racking - Crown Equipment (Acquired 1/3/03) $0.00 Replacement | $1,496.00 | Unknown | | $0.00 | Unknown |
| 53 | Racking (Acquired 11/15/04) $0.00 Replacement | $6,624.00 | Unknown | | $0.00 | Unknown |
| 54 | Racking - Crown Equipment $0.00 Replacement | $6,043.00 | Unknown | | $0.00 | Unknown |
| 55 | Ohio Rack (Acquired 4/20/05) $0.00 Replacement | $2,747.00 | Unknown | | $0.00 | Unknown |
| 56 | Lantech Streach Wrap (Acquired 5/3/05) $0.00 Replacement | $10,796.00 | Unknown | | $0.00 | Unknown |
| 57 | Racking (Acquired 9/30/05) $0.00 Replacement | $2,167.00 | Unknown | | $0.00 | Unknown |
| 58 | Compressors inlcuding hookup (Acquired 11/08/06) $0.00 Replacement | $13,372.00 | Unknown | | $0.00 | Unknown |
| 59 | Air Handling Equipment (Acquired 2/12/07) $0.00 Replacement | $4,560.00 | Unknown | | $0.00 | Unknown |
| 60 | Racking (Acquired 3/06/08) $0.00 Replacement | $12,240.00 | Unknown | | $0.00 | Unknown |
| 61 | 10 Hand Pallet Trucks (Acquired 9/25/08) $0.00 Replacement | $3,590.00 | Unknown | | $0.00 | Unknown |
| 62 | Bar Code Equipment - UAL (Acquired 8/05/08) $0.00 Replacement | $4,310.00 | Unknown | | $0.00 | Unknown |
| 63 | Battery 18D1 (Acquired 11/26/08) $0.00 Replacement | $6,109.00 | Unknown | | $0.00 | Unknown |
| 64 | GPS (Acquired 12/08/08) $0.00 Replacement | $1,246.00 | Unknown | | $0.00 | Unknown |
| 65 | 3 CRN Hand Trucks SN 306-308 (Acquired 8/06/09) $0.00 Replacement | $1,217.00 | Unknown | | $0.00 | Unknown |
| 66 | 3 CRN Hands Trucks SN 314-316 $0.00 Replacement | $1,217.00 | Unknown | | $0.00 | Unknown |
| 67 | Omnilift SSN 0394 (Acquired 8/28/09) $0.00 Replacement | $4,958.00 | Unknown | | $0.00 | Unknown |
| 68 | Fire Extinguisher (Acquired 1/01/09) $0.00 Replacement | $693.00 | Unknown | | $0.00 | Unknown |
| 69 | Racking and Install (Acquired 10/10/12) $0.00 Replacement | $37,329.00 | Unknown | | $0.00 | Unknown |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No.: | 22-30978 | | Trustee Name: | Patricia J. Friesinger |
|---|---|---|---|---|
| Case Name: | DISTRIBUTION AND TRANSPORTATION SERVICE, INC. | | Date Filed (f) or Converted (c): | 07/19/2022 (f) |
| For the Period Ending: | 9/7/2022 | | §341(a) Meeting Date: | 08/22/2022 |
| | | | Claims Bar Date: | 11/23/2022 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 70 | 2 x 36 Volt Charges $0.00 Replacement | $6,345.00 | Unknown | | $0.00 | Unknown |
| 71 | Wire Deck 42 x 52 $0.00 Replacement | $16,974.00 | Unknown | | $0.00 | Unknown |
| 72 | Tow Motor Ramp (Acquired 11/10/12) $0.00 Replacement | $4,029.00 | Unknown | | $0.00 | Unknown |
| 73 | Custom Table (Acquired 12/28/12) $0.00 Replacement | $7,978.00 | Unknown | | $0.00 | Unknown |
| 74 | 18K Geo System (Acquired 2/08/13) $0.00 Replacement | $4,822.00 | Unknown | | $0.00 | Unknown |
| 75 | 18 Ton A/C Unit $0.00 Replacement | $15,726.00 | Unknown | | $0.00 | Unknown |
| 76 | Floor Scale and Tikt Prtr (Acquired 3/22/13) $0.00 Replacement | $3,663.00 | Unknown | | $0.00 | Unknown |
| 77 | Tire Cart and Folding Rack (Acquired 4/05/13) $0.00 Replacement | $3,843.00 | Unknown | | $0.00 | Unknown |
| 78 | Racks - Lousiville (Acquired 3/17/14) $0.00 Replacement | $4,510.00 | Unknown | | $0.00 | Unknown |
| 79 | Mini Ramp (Acquired 7/23/14) $0.00 Replacement | $7,200.00 | Unknown | | $0.00 | Unknown |
| 80 | Lift Truck (Acquired 10/23/14) $0.00 Replacement | $7,395.00 | Unknown | | $0.00 | Unknown |
| 81 | Ramp (Acquired 8/11/14) $0.00 Replacement | $398.00 | Unknown | | $0.00 | Unknown |
| 82 | SecuCom (Acquired 2/19/15) $0.00 Replacement | $671.00 | Unknown | | $0.00 | UnknoCom |
| 83 | Air Conditioner (Acquired 6/27/15) $0.00 Replacement | $7,637.00 | Unknown | | $0.00 | Unknown |
| 84 | Air Conditioner (Acquired 8/11/15) $0.00 Replacement | $13,840.00 | Unknown | | $0.00 | Unknown |
| 85 | Air Conditioner (Acquired 9/02/15) $0.00 Replacement | $718.00 | Unknown | | $0.00 | Unknown |
| 86 | Air Conditioner (Acquired 9/08/15) $0.00 Replacement | $2,543.00 | Unknown | | $0.00 | Unknown |
| 87 | Floor Scrubber -Tennant 5700 (Acquired 4/06/16) $0.00 Replacement | $6,649.50 | Unknown | | $0.00 | Unknown |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No.: 7

| Case No.: | 22-30978 | Trustee Name: | Patricia J. Friesinger |
|---|---|---|---|
| Case Name: | DISTRIBUTION AND TRANSPORTATION SERVICE, INC. | Date Filed (f) or Converted (c): | 07/19/2022 (f) |
| For the Period Ending: | 9/7/2022 | §341(a) Meeting Date: | 08/22/2022 |
| | | Claims Bar Date: | 11/23/2022 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 88 | Hawker Powerline Battery PL102171330 (Acquired 2/13/17) $0.00 Replacement | $6,460.70 | Unknown | | $0.00 | Unknown |
| 89 | ULINE-Warehouse Rack Support (Acquired 12/31/19) $0.00 Replacement | $10,042.37 | Unknown | | $0.00 | Unknown |
| 90 | Russell Warehouse Racking -TX (Acquired 12/31/19) $0.00 Replacement | $38,438.99 | Unknown | | $0.00 | Unknown |
| 91 | Warehouse Racks - TX $0.00 Replacement | $619.19 | Unknown | | $0.00 | Unknown |
| 92 | Crown Racking - FL (Acquired 8/21/20) $0.00 Replacement | $8,492.50 | Unknown | | $0.00 | Unknown |
| 93 | Crown Pallet Jack -CRW-WP3035-45 (Acquired 6/15/21) $0.00 Replacement | $3,332.50 | Unknown | | $0.00 | Unknown |
| 94 | Crown Lift Truck #6887 (Acquired 9/21/11) $0.00 Replacement | $31,851.00 | Unknown | | $0.00 | Unknown |
| 95 | Crown Lift Truck #8131 (Acquired 12/31/11) $0.00 Replacement | $27,500.00 | Unknown | | $0.00 | Unknown |
| 96 | Crown Forklifts I (Acquired 6/30/97) $0.00 Replacement | $35,339.00 | Unknown | | $0.00 | Unknown |
| 97 | Crown RC 3020 Forklift (Acquired 7/15/03) $0.00 Replacement | $43,801.00 | Unknown | | $0.00 | Unknown |
| 98 | Crown Lift Truck (Acquired 9/28/06) $0.00 Replacement | $8,867.00 | Unknown | | $0.00 | Unknown |
| 99 | Crown Lift Truck SN9A168431 (Acquired 9/16/10) $0.00 Replacement | $13,473.00 | Unknown | | $0.00 | Unknown |
| 100 | Crown Lift Truck SN91A169693 (Acquired 12/01/10) $0.00 Replace | $13,473.00 | Unknown | | $0.00 | Unknown |
| 101 | Carryback amendment for 2015 (u) | $0.00 | $4,179.00 | | $0.00 | $4,179.00 |
| 102 | Carryback amendment for 2016 (u) | $0.00 | $26,593.00 | | $0.00 | $26,593.00 |
| 103 | Crown Forklift 1A397979 with Battery 28258G9 and Charger 3M19030274 (u) | $0.00 | $0.00 | OA | $0.00 | FA |
| 104 | Crown Forklift SN9A191045; Battery 28257G9; Charger 3M19030282 (u) | $0.00 | $0.00 | OA | $0.00 | FA |

FORM 1

Page No: 8

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| Case No.: | 22-30978 | | Trustee Name: | Patricia J. Friesinger |
|---|---|---|---|---|
| Case Name: | DISTRIBUTION AND TRANSPORTATION SERVICE, INC. | | Date Filed (f) or Converted (c): | 07/19/2022 (f) |
| For the Period Ending: | 9/7/2022 | | §341(a) Meeting Date: | 08/22/2022 |
| | | | Claims Bar Date: | 11/23/2022 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 105 Crown Forklift SN9A192582; Battery 27422F9; Charger 3M19090039 (u) | $0.00 | $0.00 | OA | $0.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

                                          $1,037,702.26        $30,772.00        $0.00        $30,772.00

**Major Activities affecting case closing:**

08/24/2022     Filed Notice of Assets
07/27/2022     Filed Counsel App

| Initial Projected Date Of Final Report (TFR): | 04/28/2023 | Current Projected Date Of Final Report (TFR): | /s/ PATRICIA J. FRIESINGER |
|---|---|---|---|
| | | | PATRICIA J. FRIESINGER |